**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | **STANLEY E. HOLLAND JR.** | : | Case No. 12-52696 |
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge John E. Hoffman Jr. |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

    Now comes Debtor STANLEY E. HOLLAND JR., by and through the undersigned counsel, and respectfully provide this Honorable Court with notice of a change of address for the Debtor:

STANLEY E. HOLLAND JR.
6687 Jennyann Way
Canal Winchester, Ohio 43110-8792

Respectfully submitted,

Dated: 22 April 2016

*s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com